**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**LONNIE MAXSON,**

      Plaintiff,                      Case No. 2:22-cv-3124
                                          JUDGE EDMUND A. SARGUS, JR.
   v.                                   Magistrate Judge Kimberly A. Jolson

**FRANKLIN COUNTY OHIO**
**SHERIFF DALLAS BALDWIN,**

      Defendant.

## ORDER

Before the Court is the parties' jointly filed Motion for Stay of Discovery. (ECF No. 25.) For good cause show, the Motion for Stay of Discovery is GRANTED until further order of this Court.

**IT IS SO ORDERED.**

<u>7/19/2023</u>                                    <u>s/Edmund A. Sargus, Jr.</u>
**DATE**                                      **EDMUND A. SARGUS, JR.**
                                              **UNITED STATES DISTRICT JUDGE**