# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**LONNIE MAXSON,**

    **Plaintiff,**

  v.                      **Case No. 2:22-cv-3124**
                            **Judge Edmund A. Sargus, Jr.**
                            **Magistrate Judge Kimberly A. Jolson**

**FRANKLIN COUNTY OHIO SHERIFF**
**DALLAS BALDWIN,**

    **Defendant.**

## ORDER

This Court granted Defendant's second Motion to Dismiss (ECF No. 15), which rendered moot Defendant's first Motion to Dismiss (ECF No. 8.)  The Court hereby **DENIES as MOOT** Defendant's First Motion to Dismiss.  (ECF No. 8.)  This case remains closed.

    IT IS SO ORDERED.


**9/13/2023**                                          **s/Edmund A. Sargus, Jr.**
**DATE**                                               **EDMUND A. SARGUS, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**